UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DARNELL DUNOMES, <br><br> Plaintiff, <br><br> v. <br><br> DIANE WINTER, ET AL., <br><br> Defendants. | Case No. 3:18-cv-05672-RBL-TLF <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. 27], recommending that the Court deny plaintiff's motions for default judgment [Dkts. 19, 23].

(1) the Court adopts the Report and Recommendation;

(2) plaintiff's motions for default judgment, [Dkts. 19, 23] are DENIED; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

Dated this 5th day of April, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
- 1