UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY DARNELL DUNOMES,

               Plaintiff,

    v.

DIANE WINTER,

               Defendant.

CASE NO. C18-5672RBL-TLF

ORDER ADOPTING REPORT AND
RECOMMENDATION

[Dkt. # 22]

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 22]. Judge Fricke recommends the Court GRANT Defendants' Motion to Dismiss Plaintiff Dunomes' § 1983 claims as time-barred [Dkt. # 12], and DENY Dunomes' own Motion for Summary Judgment [Dkt. # 14]. The Court has also reviewed Dunomes' Objections [Dkt. # 25], which do not address the limitations period issue.

1. The Report and Recommendation is **ADOPTED;**

2. Defendants' Motion to Dismiss is **GRANTED** and Dunomes' claims are **DISMISSED** with prejudice;

3. Dunomes own Motion for Summary Judgment is **DENIED**;

4. Any other pending motions are **DENIED** as moot;

5. If he appeals, Dunomes' *in forma pauperis* status will **NOT** continue, for the reasons articulated in the Report and Recommendation;

6. The Clerk shall send copies of this Order to Dunomes' last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 6th day of June, 2019.

Ronald B. Leighton
United States District Judge